**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO ETSY, INC. | ) ) ) ) ) | CASE NO. _____ |

**MOTION FOR CLERK'S ISSUANCE OF SUBPOENA TO ETSY, INC.**
**PURSUANT TO 17 U.S.C. § 512(h)**

American Airlines, Inc. ("American") respectfully requests the Clerk of this Court, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), to issue a subpoena for documents and information identifying the following sellers on Etsy, Inc.: MasksByGio, aerossom, MaxAviationStore, TheUnique80s, HuntingtonHouse46554, ThurstAviationStore, MaskedchicOriginals, PimpMySpeedyLLC, TheFirstFlightOut, and AndrewThingsArt. Those accounts were used to post materials that are subject to the DMCA takedown notice submitted by American Airlines, Inc., on January 26, 2021. A copy of the receipt of said notice from Etsy, Inc. is attached as **Exhibit 1**. A copy of the proposed subpoena is attached as **Exhibit 2**. A copy of a sworn declaration by my colleague Marc Trachtenberg in support of issuing the subpoena is attached as **Exhibit 3**.

Dated: February 16, 2021

GREENBERG TRAURIG, LLP

*/s/ Jacqueline V. Brousseau*

Jacqueline V. Brousseau
GREENBERG TRAURIG LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
brousseauj@gtlaw.com
T: (312) 456 8454

F: (312) 456 8435

Attorneys for
*American Airlines, Inc.*