# Exhibit 1

| | |
|---|---|
| **From:** | Etsy Legal |
| **To:** | Brousseau, Jacqueline (Assoc-CHI-IP-Tech) |
| **Subject:** | We've received your copyright infringement report |
| **Date:** | Tuesday, January 26, 2021 6:27:52 PM |

***EXTERNAL TO GT***



## Dear Jacqueline Brousseau,

Thanks for notifying us of alleged copyright infringement. We'll review your notice and act in accordance with our Intellectual Property Policy.

Thank you,
Etsy Legal

Below is a copy of the notice for your records.

## Infringement Report

*Filed on January 27, 2021*

### American Airlines Flight Symbol copyright

| | |
|---|---|
| **Copyright registration number:** | VA0002130520 |
| **Copyright jurisdiction:** | US Copyright Office |
| **Authorized examples of the work:** | www.aa.com/homePage.do; aabrandstore.com/product.aspx?ID=525452&CatID=12465 |

### Infringing material reported

https://www.etsy.com/listing/834384560/aa-black-mask
https://www.etsy.com/listing/830441438/american-airlines-aal-face-mask
https://www.etsy.com/listing/873547340/american-airlines-captain-face-mask

https://www.etsy.com/listing/873546952/american-airlines-captain-face-mask
https://www.etsy.com/listing/869528767/american-airline-captain-face-mask
https://www.etsy.com/listing/834212662/aa-navy-mask
https://www.etsy.com/listing/847230442/aa-kids
https://www.etsy.com/listing/654726395/american-airlines-keychain-keyring
https://www.etsy.com/listing/869528561/american-airline-captain-face-mask
https://www.etsy.com/listing/909248542/american-airlines-embroidered-double
https://www.etsy.com/listing/885688096/american-airlines-embroidered-airline
https://www.etsy.com/listing/941226239/premium-american-airlines-face-mask

### AA Scissor Eagle Design copyright

| | |
|---|---|
| **Authorized examples of the work:** | www.norebbo.com/american-airlines-livery/ |

**Infringing material reported**
https://www.etsy.com/listing/823057102/american-airlines-shirt-american
https://www.etsy.com/listing/850875318/aa-old-logo

### AA Classic Scissor Eagle Design copyright

| | |
|---|---|
| **Authorized examples of the work:** | aabrandstore.com/product.aspx?ID=481809&CatID=12465 |

**Infringing material reported**
https://www.etsy.com/listing/261146505/handcrafted-vintage-style-american
https://www.etsy.com/listing/615365411/vintage-style-american-airlines-glass
https://www.etsy.com/listing/839071447/american-airlines-coffee-mug

**By submitting this notice, you agreed to the following statements and provided your signature:**

I have a good faith belief that the material is not authorized by the intellectual property owner, its agent, or the law.

The information provided in the notice is accurate, and I swear under penalty of perjury that I am authorized to make the complaint on behalf of the intellectual property owner.

**Etsy may provide a copy of this notice to the affected member(s).**

## Contact Info

| | |
|---|---|
| **Name:** | Jacqueline Brousseau |
| **Company:** | Greenberg Traurig LLP |
| **Job title:** | Attorney |
| **Country:** | United States |
| **Address:** | 77 West Wacker Drive Suite 3100 |
| **City:** | Chicago |
| **State:** | Illinois |
| **Postal code:** | 60601 |
| **Email:** | brousseauj@gtlaw.com |
| **Phone number:** | 3124568454 |

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration

number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on <u>Etsy.com</u> with this email address.

Copyright © 2021 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

**Brousseau, Jacqueline (Assoc-CHI-IP-Tech)**

| | |
|---|---|
| **From:** | Brousseau, Jacqueline (Assoc-CHI-IP-Tech) |
| **Sent:** | Thursday, January 28, 2021 11:37 AM |
| **To:** | Trachtenberg, Marc H. (Shld-Chi-IP-Tech) |
| **Subject:** | FW: We've processed your notice of alleged copyright infringement |

**From:** Etsy Legal <legal@etsy.com>
**Sent:** Wednesday, January 27, 2021 4:20 PM
**To:** Brousseau, Jacqueline (Assoc-CHI-IP-Tech) <brousseauj@gtlaw.com>
**Subject:** We've processed your notice of alleged copyright infringement

**\*EXTERNAL TO GT\***

# Etsy

## Dear Jacqueline Brousseau,

Thank you for notifiying us of alleged copyright infringement on January 27, 2021. In accordance with our Intellectual Property Policy, we removed the material specified as infringing and contacted the affected members.

Thank you,
Etsy Legal

Below is a copy of the removed material for your records.

## Infringing Material Reported

https://www.etsy.com/listing/834384560/aa-black-mask
https://www.etsy.com/listing/830441438/american-airlines-aal-face-mask
https://www.etsy.com/listing/873547340/american-airlines-captain-face-mask
https://www.etsy.com/listing/873546952/american-airlines-captain-face-mask
https://www.etsy.com/listing/869528767/american-airline-captain-face-mask
https://www.etsy.com/listing/823057102/american-airlines-shirt-american
https://www.etsy.com/listing/261146505/handcrafted-vintage-style-american

1

https://www.etsy.com/listing/834212662/aa-navy-mask
https://www.etsy.com/listing/847230442/aa-kids
https://www.etsy.com/listing/654726395/american-airlines-keychain-keyring
https://www.etsy.com/listing/869528561/american-airline-captain-face-mask
https://www.etsy.com/listing/909248542/american-airlines-embroidered-double
https://www.etsy.com/listing/885688096/american-airlines-embroidered-airline
https://www.etsy.com/listing/941226239/premium-american-airlines-face-mask
https://www.etsy.com/listing/850875318/aa-old-logo
https://www.etsy.com/listing/615365411/vintage-style-american-airlines-glass
https://www.etsy.com/listing/839071447/american-airlines-coffee-mug

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2021 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.